# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 517 EAL 2015

                   Petitioner  :

                           :  Petition for Allowance of Appeal from
                           :  the Order of the Superior Court

          v.               :

DARRELL MYERS,  :

                  Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did the Superior Court err in holding, in a published decision, that a warrant was required to obtain blood for a chemical test where the officer had probable cause to believe that the [Respondent] was driving under the influence of alcohol or a controlled substance, and [Respondent] did not affirmatively refuse consent?

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.